# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORCINE CONCRETE & CONSTRUCTION CO., INC., <br>               Plaintiff, <br><br> v. <br><br> MANNING EQUIPMENT SALES & SERVICE, et al., <br>               Defendants. | CIVIL ACTION <br><br> No. 08-2926 |

## ORDER

**AND NOW**, this 16th day of March 2010, for the reasons given in the accompanying opinion, it is hereby ordered that plaintiff's Motion for Relief from Automatic Stay (docket no. 36) is **GRANTED**. The Clerk of this court is directed to remove this case from civil suspense, and plaintiffs may proceed against all defendants except for Manning Equipment Sales & Service.

/s/Louis H. Pollak
Pollak, J.