# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORCINE CONCRETE & CONSTRUCTION CO., INC.,<br>　　　　　Plaintiff,<br><br>　v.<br><br>MANNING EQUIPMENT SALES & SERVICE, et al.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 08-2926 |

## ORDER

**AND NOW**, this 14th day of June 2010, for the reasons given in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) The motion to dismiss filed by defendants Somero Enterprises, Inc. and Myron Hillock (Docket No. 4) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted as to Count II of the Complaint and is otherwise denied;

(2) The motion to dismiss filed by defendants John Manning and James Winters (Docket No. 6) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted as to Count I of the Complaint and is otherwise denied; and

(3) The motion to dismiss filed by defendant Patty Clemons (Docket No. 22) is **GRANTED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.